Daniel Cooper (Bar No. 153576)
EMAIL: Daniel@lawyersforcleanwater.com
Layne Friedrich (Bar No. 195431)
EMAIL: Layne@lawyersforcleanwater.com
Martin McCarthy (Bar No. 194915)
EMAIL: Martin@Lawyersforcleanwater.com
LAWYERS FOR CLEAN WATER, INC.
1004A O'Reilly Avenue
San Francisco, California 94129
Telephone: (415) 440-6520
Fax: (415) 440-4155

Linda Krop (Bar No. 118773)
EMAIL: lkrop@edcnet.org
ENVIRONMENTAL DEFENSE CENTER
906 Garden Street
Santa Barbara, CA 93101
PH: (805) 963-1622
FAX: (805) 962-3152

Attorneys for Plaintiff
SANTA BARBARA CHANNELKEEPER and
ENVIRONMENTAL DEFENSE CENTER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION – LOS ANGELES

| | |
|---|---|
| SANTA BARBARA CHANNELKEEPER, a California non-profit corporation, and ENVIRONMENTAL DEFENSE CENTER, a California non-profit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>DAVID SEROR, Solely in His Capacity as Chapter 7 Trustee of Halaco Engineering Co. et al.,<br><br>Defendants. | Case No.: CV 01-00456 GW (RZx)<br><br>**NOTICE TO MAGISTRATE JUDGE OF ENTRY OF ORDER, and REQUEST FOR SETTING OF DEBTOR EXAMINATION OF CHICKADEE ENVIRONMENTAL REMEDIATION COMPANY**<br><br>Judge: Hon. Ralph Zarefsky<br>Courtroom: 540 (Roybal Bldg.) |

Notice of Entry of Order and Request for Debtor Examination      CV 01-00456 GW (RZx)
1

On August 25, 2009, U.S. District Court George H. Wu entered an Order in this matter awarding plaintiffs Santa Barbara Channelkeeper and Environmental Defense Center (collectively "Plaintiffs") sanctions against defendant, Chickadee Environmental Remediation Company ("Chickadee"), for failure by Chickadee to pay the sums due under the Court's prior order(s). *See* Exhibit A, ECF Docket No. 386 ("Court's Order"). The Court's Order awarded Plaintiffs the sums past due, as well as Plaintiffs' attorneys' fees and costs, in the amount of $292,909.68. The Court ordered that Chickadee pay this amount in full to Plaintiffs on or before September 25, 2009. *Id*. The Court further ordered that, should Chickadee fail to pay to Plaintiffs the sums due on or before that date, Plaintiffs may conduct a debtor examination of Chickadee before the Hon. Ralph Zarefsky, U.S. Magistrate Judge-- subject to the availability of Judge Zarefsky. *Id*.

Plaintiffs therefore request that this Court set a debtor's examination on the Court's regular law and motion calendar for Monday, October 19, 2009. Plaintiffs further request that this Court order the personal appearance of Chickadee's President, Richard Sloan, at the debtor's examination, and that Mr. Sloan bring to the examination Chickadee's financial records and information, including, but not limited to, the following company financial records:

    (1) Chickadee's audited Financial Statements for the past two (2) years;

    (2) Chickadee's Statements of Assets and Liabilities for the past two (2) years, including locations and market value of real property holdings;

    (3) Chickadee's bank account records for the past two (2) years, including information identifying bank account institutions, account numbers, and account balances;

    (4) Chickadee's loan and mortgage information for the past two (2) years, including loan application documentation submitted to any public or private entity;

    (5) Chickadee's State and Federal income tax returns for 2008; and

    (6) All documentation of compensation paid to principals and/or company officers of Chickadee during the years 2008 and 2009.

  If Chickadee pays the sums past due in full by September 25, 2009, Plaintiffs will give notice to the District Court that Chickadee has satisfied its payment obligation and file a request with this Court to remove the debtor examination from this Court's calendar.

  Filed herewith for the Court's consideration and approval are the Application for Appearance and Examination Re: Enforcement of Judgment (form CV- 4P), and the [proposed] Order to Appear for Examination Re: Enforcement of Judgment (CV- 4P ORDER)—forms available on the Central District Court's website.  Set out as Exhibit A to the Order to Appear for Examination (CV – 4P ORDER) are (1) – (6) above, which Plaintiffs request that Chickadee produce at the in-person debtor examination.

  Should the Court require any further information to set this matter on its calendar the undersigned will be pleased to provide it.

            Respectfully Submitted,

            LAWYERS FOR CLEAN WATER, INC

            /s/ Martin McCarthy

Dated:  September 14, 2009

            Martin McCarthy
            Attorney for Plaintiffs
            Santa Barbara Channelkeeper and
            Environmental Defense Center

EXHIBIT A

Daniel Cooper (Bar No. 153576)
EMAIL: Daniel@lawyersforcleanwater.com
Layne Friedrich (Bar No. 195431)
EMAIL: Layne@lawyersforcleanwater.com
Martin McCarthy (Bar No. 194915)
EMAIL: Martin@Lawyersforcleanwater.com
LAWYERS FOR CLEAN WATER, INC.
1004A O'Reilly Avenue
San Francisco, California 94129
Telephone: (415) 440-6520
Fax: (415) 440-4155

Linda Krop (Bar No. 118773)
EMAIL: lkrop@edcnet.org
ENVIRONMENTAL DEFENSE CENTER
906 Garden Street
Santa Barbara, CA 93101
PH: (805) 963-1622
FAX: (805) 962-3152

Attorneys for Plaintiff
SANTA BARBARA CHANNELKEEPER and
ENVIRONMENTAL DEFENSE CENTER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION – LOS ANGELES

| | |
|---|---|
| SANTA BARBARA CHANNELKEEPER, a California non-profit corporation, and ENVIRONMENTAL DEFENSE CENTER, a California non-profit corporation,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>DAVID SEROR, Solely in His Capacity as Chapter 7 Trustee of Halaco Engineering Co. et al.,<br><br>　　　　Defendants. | Case No.: CV 01-00456 GW (RZx)<br><br>The Honorable George H. Wu<br><br>**ORDER RE: PLAINTIFFS' MOTION FOR SANCTIONS AGAINST CHICKADEE ENVIRONMENTAL REMEDIATION COMPANY AND FOR CIVIL CONTEMPT AGAINST ROBERT HAACK** |

[Proposed] Order　　　　　　　　　　　　　　　　　CV 01-00456 GW (RZx)　　1

Plaintiffs Santa Barbara Channelkeeper and Environmental Defense Center's ("Plaintiffs") Motion for Sanctions against Defendant Chickadee Environmental Remediation Company ("Chickadee") for violation of Court order and Motion for Civil Contempt against Defendant Robert Haack ("Haack") came before the Court on August 20, 2009. The Court issued a tentative ruling granting in part Plaintiffs' motions, and adopted its tentative ruling as the Court's final ruling on August 20, 2009. In addition, the Court directed Plaintiffs to file and serve this proposed order setting forth the Court's final order on Plaintiffs' motions.

A. **Order With Respect to Chickadee**

The Court grants Plaintiffs' Motion for Sanctions against Chickadee and orders as follows:

1. Payment by Chickadee to Plaintiffs of a monetary sanction in the amount of $1,000 by September 25, 2009;
2. Payment by Chickadee to Plaintiffs of Plaintiffs' reasonable attorneys' fees in the amount of $3,900 by September 25, 2009;
3. Payment by Chickadee to Plaintiffs of all sums past due in the amount of $288,009.68 by September 25, 2009;
4. If payment of all sums due totaling $292,909.68 are not made on or before September 25, 2009, as ordered herein, the Court permits Plaintiffs to conduct a debtor examination of Chickadee before Magistrate Judge Ralph Zarefsky, subject to that Court's availability;
5. If payment of all sums due is not made by September 25, 2009, the Court further orders that interest at the rate of 10% per annum be paid on the sum of $292,909.68, accruing from September 25, 2009 up to the date of payment; and

[Proposed] Order     CV 01-00456 GW (RZx)     2

6. Recovery by Plaintiffs of their attorneys' fees and costs incurred in conducting the debtor examination of Chickadee if all sums are not paid in full as ordered on September 25, 2009.

**B.** **Order With Respect to Haack**

As to Defendant Haack, the Court orders as follows:

Although the Court declines to find Haack in contempt of Court, the Court hereby enters a judgment against Haack in the amount of $44,416.98 and orders Haack to pay this sum on or before September 25, 2009.[1]

IT IS SO ORDERED.

Dated: August 25, 2009

_____
Hon. George H. Wu
United States District Court Judge

---

[1] In their Motion papers, Plaintiffs proposed that Haack make payment within 30 days. Haack did not oppose this payment date request, which was not discussed in the Court's Civil Minutes or in its adopted tentative ruling. Plaintiffs therefore respectfully request that the Court adopt Plaintiffs' proposed payment schedule as to Haack.