# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV01-456-GW(RZx) | Date | October 14, 2010 |
|---|---|---|---|
| Title | *Santa Barbara Channelkeeper, et al. v. David Seror, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | Wil Wilcox | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Martin D. McCarthy - by telephone | Patricia Gandy - by telephone |

**PROCEEDINGS:** STATUS CONFERENCE RE NONCOMPLIANCE OF THE COURT'S ORDER BY DEFENDANTS CHICKADEE ENVIRONMENTAL REMEDIATION COMPANY;

PLAINTIFF'S APPLICATION FOR APPOINTMENT OF RECEIVER AND MOTION TO AMEND JUDGMENT TO ADD RICHARD SLOAN AS A DEFENDANT AND JUDGMENT DEBTOR (FILED 06/28/10)

PLAINTIFFS' REQUEST FOR ATTORNEYS' FEES AND COSTS INCURRED BETWEEN AUGUST 26, 2009 AND OCTOBER 1, 2010 (filed 10/04/10)

For reasons stated on the record, Plaintiff's Application for Appointment of Receiver and Motion to Amend Judgment to Add Richard Sloan as a Defendant and Judgment Debtor, is **granted.** David J. Pasternak is appointed as receiver. Court signs the order.

Court confers with counsel regarding plaintiffs' request for fees. Counsel for plaintiff will file a supplement to the Declaration of Martin D. McCarthy by October 21, 2010. A nonappearance status conference is set for October 25, 2010.

A Status Conference re Noncompliance of the Court's Order by Defendant Robert Haack is set for **December 2, 2010 at 8:30 a.m.**

| | : | 06 |
|---|---|---|
| Initials of Preparer | JG | |