1
2
3
4
5
6
7
8
9
10
11
12

Daniel Cooper (Bar No. 153576)
EMAIL: Daniel@lawyersforcleanwater.com
LAWYERS FOR CLEAN WATER, INC.
1004A O'Reilly Avenue
San Francisco, California 94129
Telephone: (415) 440-6520
Fax: (415) 440-4155

Linda Krop (Bar No. 118773)
EMAIL: lkrop@edcnet.org
ENVIRONMENTAL DEFENSE CENTER
906 Garden Street
Santa Barbara, CA 93101
PH: (805) 963-1622
FAX: (805) 962-3152

Attorneys for Plaintiff
SANTA BARBARA CHANNELKEEPER and
ENVIRONMENTAL DEFENSE CENTER

*Additional Plaintiffs' counsel on next page*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION – LOS ANGELES

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

| | |
|---|---|
| SANTA BARBARA CHANNELKEEPER, a California non-profit corporation, and ENVIRONMENTAL DEFENSE CENTER, a California non-profit corporation,<br><br>      Plaintiffs,<br><br>      v.<br><br>DAVID SEROR, Solely in His Capacity as Chapter 7 Trustee of Halaco Engineering Co., et al.,<br><br>      Defendants. | Case No.: CV 01-00456 GW (RZx)<br><br>Hon. George H. Wu<br><br>**STATUS CONFERENCE STATEMENT**<br><br>Hearing Date: December 2, 2010<br>Time:      8:30 a.m.<br>Courtroom:   10-Spring Street |

Martin McCarthy (Bar No.194915)
EMAIL: martin_mccarthy@yahoo.com
LAW OFFICE OF MARTIN MCCARTHY
9618 National Blvd.
Los Angeles, CA 90034
PH: (310) 601-6214

Plaintiffs Santa Barbara Channelkeeper and Environmental Defense Center (collectively "Plaintiffs") submit this Status Conference Statement as ordered by the Court during the October 14, 2010 hearing on Defendant Chickadee Environmental Remediation Company's ("Chickadee") noncompliance with the Court's order and on Plaintiff's Application for Appointment of Receiver.

During the October 14 hearing, the Court granted Plaintiff's Application for Appointment of Receiver and appointed David Pasternak as the Receiver. *See* ECF Dkt. No. 435. Since that hearing, Mr. Pasternak has sent letters to Richard Sloan, to Chickadee, and to Chickadee's legal counsel(s) requesting access to documents regarding the Chickadee Receivership Estate and immediate access to company funds. To date, Mr. Sloan has not responded to these letters and Mr. Pasternak has received none of the requested documents or company funds. Mr. Pasternak has also been unable to reach Mr. Sloan on the telephone. As a result, Plaintiffs have been unable to identify any of Chickadee's assets.

Plaintiffs request that the Court allow the Receiver additional time to seek documents from Mr. Sloan, and to attempt to identify Chickadee's assets. Plaintiffs request that the Court hold a further status conference in February of 2011.

Dated: November 30, 2010                    Respectfully Submitted,

                                            By:__/s/_____
                                                Daniel Cooper
                                                Lawyers for Clean Water, Inc.
                                                Attorney for Plaintiffs