1  David J. Pasternak, Bar No. 72201
   Receiver
2  1875 Century Park East, Suite 2200
   Los Angeles, California 90067-2523
3  Telephone:  310.553.1500
   Facsimile:  310.553.1540
4  E-Mail:   djp@paslaw.com

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION – LOS ANGELES

| | |
|---|---|
| SANTA BARBARA CHANNELKEEPER, a California nonprofit corporation and ENVIRONMENTAL DEFENSE CENTER, a California nonprofit corporation,<br><br>            Plaintiffs,<br><br>     vs.<br><br>DAVID SEROR, solely in his capacity as Chapter 7 Trustee of HALACO ENGINEERING CO., etc., et al.,<br><br>            Defendants. | **CASE NO. 2:01-CV-00456-GW-RZx**<br><br>**Hon. George W. Wu**<br><br>**ORDER TO SHOW CAUSE RE FAILURE TO PRODUCE DOCUMENTS, ETC.** |

   The Court having considered the Declaration of Adam J. Krolikowski Requesting Excuse Of Richard Sloan From Appearance At Hearing Per Order Of Court; and good cause appearing therefor;

   IT IS HEREBY ORDERED that:

   1.   On or before April 18, 2011, Richard Sloan shall lodge in Courtroom 10 of the above entitled court, located at 312 N. Spring Street, Los Angeles, CA 90012, true and

PASTERNAK, PASTERNAK & PATTON

W:\73238\0001\Pleadings\Order to Show Cause 04.25.11.doc

1

[PROPOSED] ORDER TO SHOW CAUSE RE FAILURE TO PRODUCE DOCUMENTS, ETC.

```
 1            correct copies of his original medical records
 2            substantiating his failure to appear as ordered before
 3            this Court because of his asserted heart failure and
 4            blood clots in his lungs and legs;
 5       2.   On **April 25, 2011 at 8:30 a.m.**, Richard Sloan shall
 6            appear and show cause why he has failed to produce all
 7            original Chickadee Environmental Remediation Company
 8            documents in his custody, possession, or control to
 9            this Court's Receiver as previously ordered, and why he
10            should not be ordered to advance fees and costs for the
11            Receiver to travel to Montana to personally meet with
12            Richard Sloan and then and there to take possession of
13            the original specified documents.
```

DATED: March 21, 2011

*/s/ George W. Wu*
George W. Wu
United States District Judge

W:\73238\0001\Pleadings\Order to Show Cause 04.25.11.doc   2

[PROPOSED] ORDER TO SHOW CAUSE RE FAILURE TO PRODUCE DOCUMENTS, ETC.