Daniel Cooper (Bar No. 153576)
EMAIL: Daniel@lawyersforcleanwater.com
LAWYERS FOR CLEAN WATER, INC.
1004A O'Reilly Avenue
San Francisco, California  94129
Telephone: (415) 440-6520
Fax: (415) 440-4155

Linda Krop (Bar No. 118773)
EMAIL: lkrop@edcnet.org
ENVIRONMENTAL DEFENSE CENTER
906 Garden Street
Santa Barbara, CA  93101
Telephone: (805) 963-1622
Fax: (805) 962-3152

Attorneys for Plaintiff
SANTA BARBARA CHANNELKEEPER and
ENVIRONMENTAL DEFENSE CENTER

*Additional Plaintiffs' counsel on next page*

**MADE JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION – LOS ANGELES

| | |
|---|---|
| SANTA BARBARA CHANNELKEEPER, a California non-profit corporation, and ENVIRONMENTAL DEFENSE CENTER, a California non-profit corporation,<br><br>  Plaintiffs,<br><br>  v.<br><br>DAVID SEROR, Solely in His Capacity as Chapter 7 Trustee of Halaco Engineering Co., et al.,<br><br>  Defendants. | Case No.: CV 01-00456 GW (RZx)<br><br>Hon. George H. Wu<br><br>**AMENDED JUDGMENT** |

i

1  Martin McCarthy (Bar No.194915)
2  EMAIL: martin_mccarthy@yahoo.com
   LAW OFFICE OF MARTIN MCCARTHY
3  9618 National Blvd.
4  Los Angeles, CA 90034
   Telephone: (310) 601-6214
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

Plaintiffs' [Proposed] Order Amending Judgment to Add Richard Sloan as a Judgment Debtor was lodged with this Court on February 23, 2012. Dkt. Nos. 484 and 484-1. The Court signed the Order on February 28, 2012, and entered the Order on March 1, 2012. Dkt. No. 486. In the Order, the Court directed Plaintiffs Santa Barbara Channelkeeper and Environmental Defense Center to file an amended judgment within 14 days of entry of the Order. Dkt. No. 486 at 14:21-22. On March 1, 2012, Plaintiffs filed their Notice of Lodging of [Proposed] Amended Judgment and [Proposed] Amended Judgment. Dkt. Nos. 487, 487-1. At the hearing held on March 5, 2012, the Court requested that Plaintiffs file a simplified amended judgment. Dkt. No. 488.

## ORDER

Richard Sloan is jointly and severally liable along with Chickadee Environmental Remediation Company for the following amounts:

1. Principal judgment in the amount of $292,909.68.
2. Interest accrued from September 25, 2009 through March 6, 2012 at the rate of 10% per annum in the amount of $71,662.56.
3. Plaintiffs' Attorneys' Fees and Costs incurred in conducting the debtor examination of Chickadee in the amount of $75,159.16.

IT IS SO ORDERED.

Dated: March 7, 2012          _____

                                          Hon. George H. Wu
                                          United States District Court Judge