1  WILLIAM A. KLAPPERMAN (SBN-94028)
   21900 Burbank Blvd., Suite 3024
2  Woodland Hills, CA 91367
   Telephone:  (310) 479-4308 / (310) 994-8616
3  Email: klapperman@verizon.net

4  Attorney for Judgment Creditor, Cynthia Pasternak, As Special
   Administrator of The Estate of David J. Pasternak (Deceased)

5

6

7

8  UNITED STATES DISTRICT COURT – CENTRAL DISTRICT OF CALIFORNIA

9  WESTERN DIVISION – LOS ANGELES

10

| | |
|---|---|
| 11   SANTA BARBARA CHANNELKEEPER, a California Non-Profit Corporation, etc., | Case No. 2:01-CV-00456-GW-RZx |
| 12   et al., | **RENEWAL OF JUDGMENT BY CLERK** |
| 13           Plaintiffs, | Hon. George Wu |
| 14     v. | |
| 15   DAVID SEROR, etc., et al., | |
| 16           Defendants. | |

17

18    Upon review of the Court files, the Application for Renewal of Judgment By Clerk and

19  the Notice of Renewal of Judgment by Clerk, resubmitted in support of this Renewal of

20  Judgment, the Judgment entered herein on 4/16/2014 is now hereby renewed for $39,198.84 in

21  favor of Judgment Creditor, Cynthia Pasternak as Special Administrator of The Estate of David J.

22  Pasternak (Deceased) ("Judgment Creditor"), and against Chickadee Environmental Remediation

23  Company ("Chickadee") and Richard Sloan ("Sloan"), jointly and severally, as described below.

24    1.   Whereas, on 4/16/2014, the sum of $38,848.54 was awarded by the above-captioned

25      Court, by and through the Honorable George Wu, United States District Court Judge,

26      against Chickadee Environmental Remediation Company and Richard Sloan, jointly

27      

28      and severally.

Pasternak-Renewal-of-Judg(5)

2. Whereas, Judgment Creditor is not claiming post-judgment costs, which are now claimed as $0.00.

3. Whereas, Judgment Creditor claims the sum of $350.30 as post-judgment interest on the sum of $38,848.54 as calculated pursuant to 28 U.S.C. Section 1961(a), at 0.09% interest per annum, from 4/16/2014 to 4/15/2024, which is 3,649 days at the daily rate of $.096 (3,649 x $.096 = $350.30).

4. Therefore, the total Renewal Judgment is $38,848.54 + $350.30 = $39,198.84. Further post-judgment interest will accrue on the renewed sum of $39,198.84 from and after April 16, 2024, pursuant to the interest rate prescribed by 28 U.S.C. Section 1961(a), one week before this Renewal of Judgment of 5.17% per annum.

5. This Renewal Judgment is deemed effective as of April 17, 2024.

DATED: April 16, 2024

_____
WILLIAM A. KLAPPERMAN
Attorney for Judgment Creditor,
Cynthia Pasternak, As Special
Administrator of The Estate of David J. Pasternak
(Deceased)

DATED: April 17, 2024

_____
DEPUTY

Pasternak-Renewal-of-Judg(5)                    2

[PROPOSED] RENEWAL OF JUDGMENT BY CLERK